# EXHIBIT 1

Int. Cls.: 18 and 26

Prior U.S. Cls.: 1, 2, 3, 22, 37, 39, 40, 41, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,970,316
Registered July 19, 2005

**TRADEMARK**
PRINCIPAL REGISTER

# LUCKY 13

KLOETZLY, BOBBY (UNITED STATES INDIVIDUAL)
1217 EAST WAKEHAM STREET
SANTA ANA, CA 92705

FOR: ATHLETIC BAGS, BACKPACKS, BEACH BAGS, BOOK BAGS, CARRY ON BAGS, DUFFEL BAGS, GYM BAGS, MESH SHOPPING BAGS, SCHOOL BAGS, SHOULDER BAGS, SPORTS BAGS, TOTE BAGS, TRAVEL BAGS, HAND BAGS, BILLFOLD, KEY CASES, LUGGAGE, DAY PACKS, FANNY PACKS, POCKETBOOKS, PURSES, WAIST PACKS, WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-7-1999; IN COMMERCE 9-1-1999.

FOR: BELT BUCKLES NOT OF PRECIOUS METAL, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 5-7-1999; IN COMMERCE 9-1-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-380,909, FILED 3-9-2004.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 2,974,104
Registered July 19, 2005

## TRADEMARK
PRINCIPAL REGISTER

# Lucky 13

KLOETZLY, BOBBY (UNITED STATES INDIVIDUAL)
1217 EAST WAKEHAM
SANTA ANA, CA 92705

FOR: HITCH PLUGS, LICENSE PLATE HOLDERS, VEHICLE SEAT COVERS, AUTOMOBILE SEAT CUSHIONS, AUTOMOBILE SEAT BELT SHOULDER PADS, SPLASH GUARDS, STEERING WHEEL COVERS, SUNSHADES, WINDSHIELD SUNSHADES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-15-2004; IN COMMERCE 8-10-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,959,422 AND 1,987,800.

SN 78-323,718, FILED 11-5-2003.

CHERYL STEPLIGHT, EXAMINING ATTORNEY

Int. Cls.: **6, 16 and 21**

Prior U.S. Cls.: **2, 5, 12, 13, 14, 22, 23, 25, 29, 30, 33, 37, 38, 40 and 50**

**United States Patent and Trademark Office**

Reg. No. **3,022,964**
Registered Dec. 6, 2005

**TRADEMARK**
PRINCIPAL REGISTER

# LUCKY 13

KLOETZLY, BOBBY (UNITED STATES INDIVIDUAL)
1217 EAST WAKEHAM
SANTA ANA, CA 92705

FOR: METAL KEY CHAINS, METAL KEY HOLDERS, METAL KEY RINGS, METAL MONEY CLIPS, METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-1-2000; IN COMMERCE 12-1-2000.

FOR: BAGS FOR MERCHANDISE PACKAGING NAMELY PLASTIC AND PAPER, BUMPER STICKERS, CALENDARS, ORGANIZERS FOR STATIONARY USE, DECALS, DESK CALENDARS, PAPER EMBLEMS, PRINTED EMBLEMS, GRAPHICS FOR APPLICATION TO AUTOMOBILES, LITTER BAGS, MERCHANDISING BAGS, PLASTIC BAGS, STICKERS, TEMPORARY TATTOS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-1-1992; IN COMMERCE 12-1-1992.

FOR: BEVERAGE GLASSWARE, BOTTLE OPENERS, CANDLE HOLDERS NOT OF PRECIOUS METAL, CANDLE RINGS NOT OF PRECIOUS METAL, CANDLESTICKS NOT OF PRECIOUS METAL, COFFE CUPS, DRINKING GLASSES, SHOT GLASSES, FLASKS, HAIR COMBS, HAIR BRUSHES, MUGS, LUNCH PAILS, LUNCH BOXES, PLASTIC CUPS, PLASTIC COASTERS, RUBBER COASTERS, AND TRAVEL TUMBLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-1-2000; IN COMMERCE 12-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,959,422 AND 1,987,800.

SER. NO. 78-323,709, FILED 11-5-2003.

CHERYL STEPLIGHT, EXAMINING ATTORNEY

Int. Cls.: 25 and 35

Prior U.S. Cls.: 22, 39, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,049,988
Registered Jan. 24, 2006

**TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER**

## TATOO YOUR SOUL

KLOETZLY, BOBBY (UNITED STATES INDIVIDUAL)
1217 E. WAKEHAM AVENUE
SANTA ANA, CA 92705

FOR: CLOTHING AND FOOTWEAR FOR MEN, WOMEN, AND CHILDREN, NAMELY, BANDANAS, BELTS, BLOUSES, BOARD SHORTS, CAPS, CARDIGANS, COATS, DRESSES, HATS, HEAD WEAR, JACKETS, JEANS, MIDRIFF TOPS, PANTS, SHIRTS, BOWLING SHIRTS, JERSEY SHIRTS, POLO SHIRTS, SPORT SHIRTS, T-SHIRTS, SHORTS, WALKING SHORTS, SKIRTS, SPAGETTI STRAP TOPS, SWEATSHIRTS, AND TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1993; IN COMMERCE 3-30-1993.

FOR: ADVERTISING AND MARKETING, ON-LINE ADVERTISING ON COMPUTER COMMUNICATION NETWORKS, INTERNET RETAIL SERVICES FEATURING AIR FRESHENERS, ASH TRAYS, BELT BUCKLES, CLOTHING, COASTER SETS, GEAR BAGS, HEAD GEAR, JEWELRY, LIGHTERS, MONEY CLIPS, PRINTED MATTER, POSTERS, STICKERS, AND WALLETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-1-1992; IN COMMERCE 12-30-1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-531,478, FILED 12-13-2004.

CHARLES L. JENKINS, EXAMINING ATTORNEY

Int. Cls.: 25 and 35

Prior U.S. Cls.: 22, 39, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,207,294
Registered Feb. 13, 2007

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## LUCKY 13

KLOETZLY, BOBBY (UNITED STATES INDIVIDUAL)
1300 E. WAKEHAM AVE.
SANTA ANA, CA 90274

FOR: CLOTHING AND FOOTWEAR FOR MEN AND WOMEN NAMELY ATHLETIC SHOES, ATHLETIC SPORTS SUITS, BELTS, BLOUSES, BODY SUITS, CARDIGANS, COATS, DRESSES, GOWNS, GLOVES, GYM SUITS, HATS, JACKETS, JEANS, JOGGING SUITS, OVERALLS; PANTS, NAMELY CAPRI PANTS, CHINO PANTS, WORK PANTS; ROBES, SANDALS, SHIRTS NAMELY, POLO SHIRTS, JERSEY SHIRTS, DINER SHIRTS, BOWLING SHIRTS, FLANNEL SHIRTS, SPORT SHIRTS; SHOES, BOOTS, SHORTS, NAMELY BOARD SHORTS, CHINO SHORTS, WALKING SHORTS, HIKING SHORTS; SKIRTS, SLEEPWEAR, SLIPPERS, SNEAKERS, SUSPENDERS, SWEATERS, SWEATSHIRTS, SWIMWEAR, TOPS, T-SHIRTS, UNDERWEAR, WARM-UP SUITS, BEACH CLOTHES AND SURF WEAR NAMELY BATHING SUITS, BOARD SHORTS, CAMISOLE TOPS, MIDRIFF TOPS, PANTS, SKIRTS, SWEATSHIRTS, SWEAT PANTS, TANK TOPS, TIE TOPS; VESTS, SWEATERS, SANDALS, HEAD WEAR, NAMELY SUN VISORS, CAPS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-7-1992; IN COMMERCE 5-7-1992.

FOR: RETAIL STORE SERVICES AND ON-LINE RETAIL SERVICES AVAILABLE VIA THE INTERNET IN THE FIELD OF ELECTRICAL GOODS, LAMPS, OPTICAL GOODS AND SUNGLASSES, AUDIO TAPES, CDS, RECORDS AND VIDEO TAPES, TELEPHONES AND MOBILE PHONES, JEWELRY, HOROLOGICAL AND CHRONOMETRIC GOODS,STATIONERY, PRINTED PUBLICATIONS AND PRINTED MATTER,CARDS, GIFT WRAP, FURNITURE, FURNISHINGS AND DECORATIONS, BED AND TABLE LINEN,COMFORTERS, TOWELS, CLOTHING, FOOTWEAR, HEADGEAR, TOYS, GAMES, PLAYTHINGS SPORTING GOODS AND ACCESSORIES NAMELY BELT BUCKLES, CANDLES, CLOCKS, COASTER SETS, GEAR BAGS, LIGHTERS, POSTERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-7-1999; IN COMMERCE 9-1-1999.

OWNER OF U.S. REG. NOS. 2,970,316 AND 2,974,104.

SER. NO. 78-274,104, FILED 7-14-2003.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,250,642
Registered June 12, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# LUCKY 13

KLOETZLY, BOBBY (UNITED STATES INDIVIDUAL)
1300 E. WAKEHAM AVE.
SANTA ANA, CA 92705

FOR: ANKLE BRACELETS, BODY-PIERCING RINGS, BODY-PIERCING STUDS, BRACELETS, CHARMS, CHOKERS, COSTUME JEWELRY, EARRINGS, EAR STUDS, EAR PLUG EARRINGS, JEWELRY, NAVEL RINGS, NECKLACES, PENDANTS, TONGUE RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-4-2004; IN COMMERCE 10-4-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,970,316, 2,974,104, AND 3,022,964.

SER. NO. 78-701,239, FILED 8-26-2005.

RUDY R. SINGLETON, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# Grease Gas & Glory

| | |
|---|---|
| **Reg. No. 4,380,254** | KLOETZLY, ROBERT (UNITED STATES INDIVIDUAL)<br>1300 E. WAKEHAM AVENUE |
| **Registered Aug. 6, 2013** | SANTA ANA, CA 92705 |
| **Int. Cls.: 25 and 35** | FOR: BANDANAS; BASEBALL CAPS; BELTS FOR CLOTHING; BUTTON DOWN SHIRTS; FLEECE PULLOVERS; HEADWEAR; HOODED SWEATSHIRTS; JACKETS; PANTS; SHIRTS; SHORTS; SOCKS; SWEATSHIRTS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | |
| **SERVICE MARK** | FIRST USE 4-1-2007; IN COMMERCE 4-1-2007. |
| **PRINCIPAL REGISTER** | FOR: COMPUTERIZED ON-LINE RETAIL STORE SERVICES IN THE FIELD OF CLOTHING AND ACCESSORIES; ON-LINE RETAIL STORE SERVICES FEATURING CLOTHING AND ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |

FIRST USE 7-17-2007; IN COMMERCE 9-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-815,505, FILED 1-4-2013.

DAVID C. REIHNER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office