**EXHIBIT A**

| No. | Defendant Name / Alias | Current Disposition |
|---|---|---|
| 1 | chizonghau420 | Defendant No. 1 in 22-cv-6502 |
| 2 | Chxjchvgfjvhfhbvvggvvbchv | Defendant No. 2 in 22-cv-6502 |
| 3 | wangguoxiu66058 | In present case. |
| 4 | watchsshops | In present case. |
| 5 | XINXINxingying | Defendant No. 3 in 22-cv-6502 |
| 6 | Y14OFBJFG | In present case. |
| 7 | yanjiping268655 | Defendant No. 4 in 22-cv-6502 |
| 8 | yanwenxue48580 | Defendant No. 5 in 22-cv-6502 |
| 9 | yaozhiguo14592 | Defendant No. 6 in 22-cv-6502 |
| 10 | yinshuangxiong0089 | Defendant No. 7 in 22-cv-6502 |
| 11 | YU-zhumadian6niurou | Defendant No. 10 in 22-cv-6502 |
| 12 | Yuhumiao9952 | Defendant No. 8 in 22-cv-6502 |
| 13 | yunjiaoshangmao | Defendant No. 13 in 22-cv-6502 |
| 14 | zhanghui Store me0071 | Defendant No. 11 in 22-cv-6502 |
| 15 | zhangjingying0667 | Defendant No. 12 in 22-cv-6502 |
| 16 | zhangruilan568 | Defendant No. 13 in 22-cv-6502 |
| 17 | zhangyuhang23843 | Defendant No. 14 in 22-cv-6502 |
| 18 | zhangzhaotuan | Defendant No. 15 in 22-cv-6502 |
| 19 | zhangzhiling8702 | Defendant No. 16 in 22-cv-6502 |
| 20 | Zhaoyi28463 | Defendant No. 17 in 22-cv-6502 |
| 21 | zhongwenhui Store | Defendant No. 18 in 22-cv-6502 |
| 22 | zhouchun40240 | Defendant No. 19 in 22-cv-6502 |
| 23 | zhoushuaichao33745 | Defendant No. 20 in 22-cv-6502 |
| 24 | zhuangzhoubaihuodian | Defendant No. 21 in 22-cv-6502 |
| 25 | zhuemu42 | Defendant No. 22 in 22-cv-6502 |
| 26 | zoushengjie6560 | Defendant No. 23 in 22-cv-6502 |
| 27 | AnNa_MiTs | Defendant No. 24 in 22-cv-6502 |
| 28 | Kisame | Defendant No. 25 in 22-cv-6502 |
| 29 | KDH.7 Store | Defendant No. 26 in 22-cv-6502 |
| 30 | li jun Store | Defendant No. 27 in 22-cv-6502 |
| 31 | Shop11000008094 Store | Defendant No. 28 in 22-cv-6502 |
| 32 | Shop11000086 Store | Defendant No. 29 in 22-cv-6502 |
| 33 | Shop110000880 Store | Defendant No. 30 in 22-cv-6502 |
| 34 | Shop1100085 Store | Defendant No. 31 in 22-cv-6502 |
| 35 | Shop1102088242 Store | Defendant No. 32 in 22-cv-6502 |
| 36 | Shop1102169795 Store | Defendant No. 33 in 22-cv-6502 |
| 37 | Shop1102178781 Store | Defendant No. 199 in 22-cv-6502 |
| 38 | Shop1102178951 Store | Defendant No. 34 in 22-cv-6502 |
| 39 | Shop1102182731 Store | Defendant No. 35 in 22-cv-6502 |
| 40 | Shop1102209152 Store | Defendant No. 36 in 22-cv-6502 |
| 41 | Shop1102300a96 Store | Defendant No. 37 in 22-cv-6502 |
| 42 | Shop5632334 Store | Defendant No. 38 in 22-cv-6502 |

| 43 | Shop5890798 Store | Defendant No. 39 in 22-cv-6502 |
|---|---|---|
| 44 | Shop910716088 Store | Defendant No. 40 in 22-cv-6502 |
| 45 | Shop910733059 Store | Defendant No. 41 in 22-cv-6502 |
| 46 | YINBU Dropship Clothes Store | Defendant No. 42 in 22-cv-6502 |
| 47 | AnnNathanyZgTz | Defendant No. 43 in 22-cv-6502 |
| 48 | Boyuosty carton | Defendant No. 44 in 22-cv-6502 |
| 49 | bringtnpito | Defendant No. 45 in 22-cv-6502 |
| 50 | carla12 | Defendant No. 46 in 22-cv-6502 |
| 51 | Christophercb | Defendant No. 47 in 22-cv-6502 |
| 52 | daixiaoyuan200877 | Defendant No. 48 in 22-cv-6502 |
| 53 | dbktbf store | Defendant No. 49 in 22-cv-6502 |
| 54 | Deileishuer cots | Defendant No. 50 in 22-cv-6502 |
| 55 | Demisomr Pants | Defendant No. 51 in 22-cv-6502 |
| 56 | dorizetiqwaon | Defendant No. 52 in 22-cv-6502 |
| 57 | huihuilor | Defendant No. 53 in 22-cv-6502 |
| 58 | jianghaonanooop | Defendant No. 54 in 22-cv-6502 |
| 59 | Jisnweprite | Defendant No. 55 in 22-cv-6502 |
| 60 | Jonmgl | Defendant No. 56 in 22-cv-6502 |
| 61 | jungemoyang | Defendant No. 57 in 22-cv-6502 |
| 62 | Li Peng commerce | Defendant No. 58 in 22-cv-6502 |
| 63 | lihonhyunl | Defendant No. 59 in 22-cv-6502 |
| 64 | lijinhjkb | Defendant No. 60 in 22-cv-6502 |
| 65 | lijunqi14390 | Defendant No. 61 in 22-cv-6502 |
| 66 | liujxin | Defendant No. 62 in 22-cv-6502 |
| 67 | liuxiaofeng2912 | Defendant No. 63 in 22-cv-6502 |
| 68 | LLEIX | Defendant No. 64 in 22-cv-6502 |
| 69 | luoyibing1593 | Defendant No. 65 in 22-cv-6502 |
| 70 | meijunkun3891 | Defendant No. 66 in 22-cv-6502 |
| 71 | Nathan Heatley | Defendant No. 67 in 22-cv-6502 |
| 72 | Rebeccarr22vscca | Defendant No. 68 in 22-cv-6502 |
| 73 | sauwuerjhf | Defendant No. 69 in 22-cv-6502 |
| 74 | ShitanshaoyuansAn | Defendant No. 70 in 22-cv-6502 |
| 75 | sunhhy | Defendant No. 71 in 22-cv-6502 |
| 76 | Teresayya | Defendant No. 72 in 22-cv-6502 |
| 77 | VitaMarshoJsTj | Defendant No. 73 in 22-cv-6502 |
| 78 | wuhuil | Defendant No. 74 in 22-cv-6502 |
| 79 | wujiawei7028 | Defendant No. 75 in 22-cv-6502 |
| 80 | xingtianzi123 | Defendant No. 76 in 22-cv-6502 |
| 81 | xinxiangrhjka | Defendant No. 77 in 22-cv-6502 |
| 82 | xinzhenling6156 | Defendant No. 78 in 22-cv-6502 |
| 83 | xiuqiinbhao | Defendant No. 79 in 22-cv-6502 |
| 84 | xjrbfd shopping | Defendant No. 80 in 22-cv-6502 |
| 85 | xolbi | Defendant No. 81 in 22-cv-6502 |
| 86 | xosmck | Defendant No. 82 in 22-cv-6502 |
| 87 | xuchenfeng01875 | Defendant No. 83 in 22-cv-6502 |

| | | |
|---|---|---|
| 88 | xudaxiaoxuecun | Defendant No. 84 in 22-cv-6502 |
| 89 | xudongze8018 | Defendant No. 85 in 22-cv-6502 |
| 90 | xuhao Store | Defendant No. 86 in 22-cv-6502 |
| 91 | xuyulongh | Defendant No. 87 in 22-cv-6502 |
| 92 | xxddx5x5 | Defendant No. 88 in 22-cv-6502 |
| 93 | xzfggf | Defendant No. 89 in 22-cv-6502 |
| 94 | Xzyouqian | Defendant No. 90 in 22-cv-6502 |
| 95 | Yaandbao Gezibei | Defendant No. 91 in 22-cv-6502 |
| 96 | yangbing151762 | Defendant No. 92 in 22-cv-6502 |
| 97 | yangcangning112022 | Defendant No. 93 in 22-cv-6502 |
| 98 | yangguilan0239 | Defendant No. 94 in 22-cv-6502 |
| 99 | yangjiao42897 | Defendant No. 95 in 22-cv-6502 |
| 100 | YangPengHu | Defendant No. 96 in 22-cv-6502 |
| 101 | yangqingsong93041 | Defendant No. 97 in 22-cv-6502 |
| 102 | yangshupei36285 | Defendant No. 98 in 22-cv-6502 |
| 103 | yanguofei49143 | Defendant No. 99 in 22-cv-6502 |
| 104 | yangxiaomo7649537 | Defendant No. 100 in 22-cv-6502 |
| 105 | yangxiufei51320 | Defendant No. 101 in 22-cv-6502 |
| 106 | yangyulin8285 | Defendant No. 102 in 22-cv-6502 |
| 107 | YanJi Store | Defendant No. 103 in 22-cv-6502 |
| 108 | YanSuoShuo | Defendant No. 104 in 22-cv-6502 |
| 109 | yanxinyan067 | Defendant No. 105 in 22-cv-6502 |
| 110 | YanYankees | Defendant No. 106 in 22-cv-6502 |
| 111 | yaojiaxiang24930 | Defendant No. 107 in 22-cv-6502 |
| 112 | Yaomeiyu Dryflower | Defendant No. 108 in 22-cv-6502 |
| 113 | yaopeng975454 | Defendant No. 109 in 22-cv-6502 |
| 114 | yayayiyi001 | Defendant No. 110 in 22-cv-6502 |
| 115 | yerlysvquuqsve | Defendant No. 111 in 22-cv-6502 |
| 116 | Yessoohh | Defendant No. 112 in 22-cv-6502 |
| 117 | yilongfashion | In present case. |
| 118 | Yong Lei Technology | Defendant No. 113 in 22-cv-6502 |
| 119 | yonghum98seb | Defendant No. 114 in 22-cv-6502 |
| 120 | ysjd8653479 | Defendant No. 115 in 22-cv-6502 |
| 121 | yuanhdesub | Defendant No. 116 in 22-cv-6502 |
| 122 | yuanheza | Defendant No. 117 in 22-cv-6502 |
| 123 | yuebushinio | Defendant No. 118 in 22-cv-6502 |
| 124 | yuhai | Defendant No. 119 in 22-cv-6502 |
| 125 | yule fashion | Defendant No. 120 in 22-cv-6502 |
| 126 | yunshan fashion | Defendant No. 121 in 22-cv-6502 |
| 127 | yuyang49029 | Defendant No. 122 in 22-cv-6502 |
| 128 | yuyanqiong6033 | Defendant No. 123 in 22-cv-6502 |
| 129 | Z6Z6Z68 | Defendant No. 124 in 22-cv-6502 |
| 130 | zahngjiayu1128 | Defendant No. 125 in 22-cv-6502 |
| 131 | zaihaonian | Defendant No. 126 in 22-cv-6502 |
| 132 | zengjiaxiong Store | Defendant No. 127 in 22-cv-6502 |

| | | |
|---|---|---|
| 133 | ZHAN.CMVI09-O | Defendant No. 128 in 22-cv-6502 |
| 134 | zhanghanwen Store | Defendant No. 129 in 22-cv-6502 |
| 135 | zhanghongyu63624 | Defendant No. 130 in 22-cv-6502 |
| 136 | zhangmeng30842 | Defendant No. 131 in 22-cv-6502 |
| 137 | zhangnengyuan10950 | Defendant No. 132 in 22-cv-6502 |
| 138 | zhangning2 | Defendant No. 133 in 22-cv-6502 |
| 139 | zhangniyi42874 | Defendant No. 134 in 22-cv-6502 |
| 140 | zhangshenchaog | In present case. |
| 141 | zhangsong373664 | Defendant No. 135 in 22-cv-6502 |
| 142 | zhangxinfu1 | Defendant No. 136 in 22-cv-6502 |
| 143 | ZhangXuFen | Defendant No. 137 in 22-cv-6502 |
| 144 | zhangzhenyu0808 | Defendant No. 138 in 22-cv-6502 |
| 145 | zhanmeiyu1314 | Defendant No. 139 in 22-cv-6502 |
| 146 | zhanyiwen51294 | Defendant No. 140 in 22-cv-6502 |
| 147 | zhaohongliang25836 | Defendant No. 141 in 22-cv-6502 |
| 148 | zhaojie76454 | Defendant No. 142 in 22-cv-6502 |
| 149 | zhaorulong Store | Defendant No. 143 in 22-cv-6502 |
| 150 | zhaoshi1234 | Defendant No. 144 in 22-cv-6502 |
| 151 | zhaoxue1224 | Defendant No. 145 in 22-cv-6502 |
| 152 | zhar9275 | Defendant No. 146 in 22-cv-6502 |
| 153 | ZhengBingC | Defendant No. 147 in 22-cv-6502 |
| 154 | zhengchunqing1998 | Defendant No. 148 in 22-cv-6502 |
| 155 | zhenxinmian | Defendant No. 149 in 22-cv-6502 |
| 156 | zhoucuijin668 | Defendant No. 150 in 22-cv-6502 |
| 157 | zhoujingzhoujing5129 | Defendant No. 151 in 22-cv-6502 |
| 158 | zhouxiyu40247 | Defendant No. 152 in 22-cv-6502 |
| 159 | zhushuangsu66058 | Defendant No. 153 in 22-cv-6502 |
| 160 | Zinly | Defendant No. 154 in 22-cv-6502 |
| 161 | ZonaLynncQsRuP | Defendant No. 155 in 22-cv-6502 |
| 162 | zouxiaomao567 | Defendant No. 156 in 22-cv-6502 |
| 163 | zuozhimao | Defendant No. 157 in 22-cv-6502 |
| 164 | Zzdegrj | Defendant No. 158 in 22-cv-6502 |
| 165 | 4ZOM | Defendant No. 159 in 22-cv-6502 |
| 166 | 925collections | Defendant No. 160 in 22-cv-6502 |
| 167 | GVINCEN | Defendant No. 161 in 22-cv-6502 |
| 168 | handy and friendly | Defendant No. 162 in 22-cv-6502 |
| 169 | qijianhuaamz | Defendant No. 163 in 22-cv-6502 |
| 170 | Speechless Store | Defendant No. 164 in 22-cv-6502 |
| 171 | sundabaihuo | Defendant No. 165 in 22-cv-6502 |
| 172 | Thai-Thai-Product | Defendant No. 166 in 22-cv-6502 |
| 173 | ys-newforch | Defendant No. 167 in 22-cv-6502 |
| 174 | zhangqianlonggg | Defendant No. 168 in 22-cv-6502 |
| 175 | A365A Store | Defendant No. 169 in 22-cv-6502 |
| 176 | ANDY2022 Store | Defendant No. 170 in 22-cv-6502 |
| 177 | ao'ba'ma Store | Defendant No. 171 in 22-cv-6502 |

| 178 | Donghui Car Sticker Factory Store Store | Defendant No. 172 in 22-cv-6502 |
|---|---|---|
| 179 | Free Man Store | Defendant No. 173 in 22-cv-6502 |
| 180 | GoodJob Store | Defendant No. 174 in 22-cv-6502 |
| 181 | hardworking fat man Store | Defendant No. 175 in 22-cv-6502 |
| 182 | HUAICHENG Store | Defendant No. 176 in 22-cv-6502 |
| 183 | HUAIGUAN Store | Defendant No. 177 in 22-cv-6502 |
| 184 | HUAIJING Store | Defendant No. 178 in 22-cv-6502 |
| 185 | HUAIYU Store | Defendant No. 179 in 22-cv-6502 |
| 186 | I am OK 666 Store | Defendant No. 180 in 22-cv-6502 |
| 187 | JACKMA2022 Store | Defendant No. 181 in 22-cv-6502 |
| 188 | JIAYOU2022 Store | Defendant No. 182 in 22-cv-6502 |
| 189 | KDH.9 Store | Defendant No. 183 in 22-cv-6502 |
| 190 | ke le Store | Defendant No. 184 in 22-cv-6502 |
| 191 | kupai Store | Defendant No. 185 in 22-cv-6502 |
| 192 | LYH 1012 Store | Defendant No. 186 in 22-cv-6502 |
| 193 | MOIYY-Fashion Store | Defendant No. 187 in 22-cv-6502 |
| 194 | NIUNIU2022 Store | Defendant No. 188 in 22-cv-6502 |
| 195 | PINK9 Store | Defendant No. 189 in 22-cv-6502 |
| 196 | PLD9 Store | Defendant No. 190 in 22-cv-6502 |
| 197 | SEVENHY Store | Defendant No. 191 in 22-cv-6502 |
| 198 | shes Store | Defendant No. 192 in 22-cv-6502 |
| 199 | Shop11000000001 Store | Defendant No. 193 in 22-cv-6502 |
| 200 | Shop11000083 Store | Defendant No. 194 in 22-cv-6502 |
| 201 | Shop1100341070 Store | Defendant No. 195 in 22-cv-6502 |
| 202 | Shop1100387914 Store | Defendant No. 196 in 22-cv-6502 |
| 203 | Shop1100392869 Store | Defendant No. 197 in 22-cv-6502 |
| 204 | Shop1102175908 Store | Defendant No. 198 in 22-cv-6502 |
| 205 | Shop1102192299 Store | Defendant No. 200 in 22-cv-6502 |
| 206 | Shop1102194869 Store | Defendant No. 201 in 22-cv-6502 |
| 207 | Shop1102203038 Store | Defendant No. 202 in 22-cv-6502 |
| 208 | Shop1102214436 Store | Defendant No. 203 in 22-cv-6502 |
| 209 | Shop1102247219 Store | Defendant No. 204 in 22-cv-6502 |
| 210 | Shop4929060 Store | Defendant No. 205 in 22-cv-6502 |
| 211 | Shop5376248 Store | Defendant No. 206 in 22-cv-6502 |
| 212 | Shop910640041 Store | Defendant No. 207 in 22-cv-6502 |
| 213 | Shop911049138 Store | Defendant No. 208 in 22-cv-6502 |
| 214 | SwellCraft&Art-- Wholesale + Retail Belt Buckles | Defendant No. 209 in 22-cv-6502 |
| 215 | TOBENO1 Store | Defendant No. 210 in 22-cv-6502 |
| 216 | W-Yunna Official Store | Defendant No. 211 in 22-cv-6502 |
| 217 | ypods Store | Defendant No. 212 in 22-cv-6502 |
| 218 | ZKH Store | Defendant No. 213 in 22-cv-6502 |