## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Blue Sphere, Inc.

                                        Plaintiff,

v.

                                        Case No.: 1:22−cv−05599

                                        Honorable Steven C. Seeger

Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for leave to file under seal (Dckt. No. [6]) is hereby granted. Plaintiffs' motion for excess pages (Dckt. No. [14]) is hereby granted. Plaintiffs' motion for a temporary restraining order (Dckt. No. [15]) is granted in part as stated in the accompanying order. Temporary Restraining Order to follow. For now, the Court is granting an asset freeze. But this Court is inclined to lift the asset freeze at a later time unless Plaintiffs later seek equitable monetary relief (like an accounting of profits) or unless Plaintiffs can point this Court to a statute that expressly authorizes an asset freeze in connection with statutory damages. Plaintiffs must promptly effectuate service of process. Plaintiffs' counsel should not take it as a given that the Court will extend the TRO. Any motion for an extension for a TRO must establish a genuine need to do so, and must demonstrate diligence in response to the TRO. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.