| Case Name | Case Number |
|---|---|
| Emoji Company GmbH v. The Individuals, Corporations, et al. | 21-cv-1012 |
| Emoji Company GmbH v. The Individuals, Corporations, et al. | 21-cv-1458 |
| Emoji Company GmbH v. The Individuals, Corporations, et al. | 21-cv-1627 |
| Emoji Company GmbH v. The Individuals, Corporations, et al. | 21-cv-2670 |
| M&M Ventures (2014) Limited v. The Individuals, Corporations, et al. | 21-cv-6085 |
| Grumpy Cat Limited v. The Individuals, Corporations, et al. | 22-cv-1088 |
| Akamatsu Takayoshi v. The Individuals, Corporations, et al. | 22-cv-4052 |
| SEMK Products Limited v. The Individuals, Corporations, et al. | 22-cv-4080 |
| Epoch Company Ltd. v. The Individuals, Corporations, et al. | 22-cv-4155 |
| Blue Sphere, Inc. d/b/a Lucky 13, et al. v. The Individuals, Corporations, et al. | 22-cv-5599 |
| Emoji Company GmbH v. The Individuals, Corporations, et al. | 22-cv-6638 |
| Emoji Company GmbH v. The Individuals, Corporations, et al. | 22-cv-6862 |