## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Blue Sphere, Inc.

                                       Plaintiff,

v.
                                           Case No.:
                                           1:22−cv−05599
                                           Honorable Steven C.
                                           Seeger

Partnerships, and Unincorporated Associations
Identified on Schedule A Hereto, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion to reset the in−person hearing (Dckt. No. [26]) is hereby denied. The hearing will take place on January 18, 2023. All counsel of record must attend in person. No exceptions. The Court will not permit telephonic appearances. A failure to comply will lead to appropriate relief. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.