## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Blue Sphere, Inc.

                                        Plaintiff,

v.                                                      Case No.: 1:22−cv−05599

                                                             Honorable Steven C. Seeger

Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on January 18, 2023. This Court expressed, in direct terms, its concerns with the recent conduct of Plaintiff's counsel. On October 13, 2022, Plaintiff filed a complaint against 218 defendants. The case was then assigned to this Court. And then, on October 24, 2022, Plaintiff abruptly filed an amended complaint and dropped 213 of the 218 defendants. And then, Plaintiff refiled the complaint against those 213 defendants by filing a brand new case. That case was later assigned to Judge Guzman. Plaintiff's counsel engaged in that judicial rug−pulling sub silentio, without telling this Court or Judge Guzman what they were doing. The civil cover sheet in that new matter did not reveal that the case was related to the matter at hand. After spotting the issue, this Court ordered Plaintiff's counsel to explain themselves. (Dckt. No. [19]) Plaintiff's counsel later explained that they do not like this Court's bond requirements. (Dckt. No. [20]) So they decided to refile the case and get another judge. This should go without saying, but the Court offers the following instruction. The Federal Rules and the U.S. Code allow a certain amount of forum shopping. But they do not allow judge shopping. The Clerk's Office assigns judges on a random basis, for good reason. Parties can pick their lawyers, and parties can pick their cases. But parties cannot pick their judges. Plaintiff's counsel cannot drop defendants, and then refile on behalf of those defendants, in an attempt to get what they perceive to be a greener judicial pasture. The Court orders Plaintiff's counsel to come clean and file a statement before Judge Guzman by January 20, 2023, fully and candidly informing the Court of what they did. As stated at the hearing, this Court hereby prohibits Plaintiff's counsel from pulling any comparable maneuver in any future case. Plaintiff's counsel shall not drop defendants, and then file suit against those defendants, with the goal or the hope of getting a different judge. A failure to comply will lead to appropriate relief. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.