# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Blue Sphere, Inc.

                              Plaintiff,

v.                                       Case No.: 1:22−cv−05599

                                      Honorable Steven C. Seeger

Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for default judgment (Dckt. No. [39]) is hereby granted. The responses to the complaint are long overdue. On August 14, 2023, this Court entered default against the Defendants under Rule 55(a). Final Judgment Order to follow. Permanent Injunction Order to follow. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.