UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE SPHERE, INC. d/b/a LUCKY 13 and ROBERT KLOETZY, | ) ) ) |
| Plaintiffs, | ) Case No. 22-cv-5599 ) |
| v. | ) ) ) Hon. Steven C. Seeger |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER FOR PERMANENT INJUNCTION

This Court granted Plaintiffs' Motion for Entry of Default and Default Judgment. The Court enters this Order for Permanent Injunction under Rule 65 in light of the finding in the Final Judgment Order that the Defaulting Defendants are liable for federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, by, through, under, or with them are permanently enjoined and restrained from:

    a. using the LUCKY 13 Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a

  genuine LUCKY 13 Product or is not authorized by Plaintiffs to be sold in connection with U.S. Trademark Registration Nos. 2,970,316; 2,974,104; 3,022,964; 3,049,988; 3,207,294; 3,250,642 and 4,380,254 (the "LUCKY 13 Trademarks");

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LUCKY 13 Product or any other product produced by Plaintiffs, that is not Plaintiffs' or is not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under the LUCKY 13 Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d. further infringing the LUCKY 13 Trademarks and damaging Plaintiffs' goodwill; and

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of the LUCKY 13 Trademarks or any reproductions, counterfeit copies or colorable imitations thereof.

Date:   August 29, 2023

                     Steven C. Seeger
                     United States District Judge